IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KARA RATZLAFF, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MIRACORP, INC. D/B/A NATIONAL ) | Case No.: 09CV2133-JWL |
| TRUCK AND TRAILER SERVICES, ) | |
| And ) | |
| ) | |
| LANE GOEBEL, Individually, ) | |
| ) | |
|         Defendants. ) | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT**

Defendants filed a Motion for Summary Judgment and Memorandum in Support on July 2, 2010. On July 22, 2010, Plaintiff filed and served her Memorandum in Opposition to Defendants' Motion for Summary Judgment. On August 12, 2010, twenty-one (21) days after Plaintiff filed her memorandum in opposition to the motion for summary judgment, Defendants filed a reply to Plaintiff's memorandum in opposition. Defendants' reply was filed out of time. Since Defendants waived their right to file a reply brief or memorandum by filing it out of time, Plaintiff moves to strike the Defendants' Reply to Plaintiff's memorandum in opposition to the motion for summary judgment.

D. Kan. Rule 7.1(c) states that in the "time provided in D. Kan. Rule 6.1(d)," the party opposing a motion may file a responsive brief and the moving party may file a reply brief. With respect to dispositive motions, D. Kan. Rule 6.1(d)(2) states that, "[r]eplies

{00073771. 1}      1

<u>must be filed and served within 14 days</u> of the service of the response." (emphasis added).

In addition, D. Kan. Rule 7.4 states, absent excusable neglect, a party who "fails to file a responsive brief or memorandum within the time specified in D. Kan. Rule 6.1(d) waives the right to later file such brief or memorandum." Plaintiff believes that this waiver provision should also apply to reply briefs that are filed as responsive briefs or memorandum to a brief or memorandum filed by the party opposing the motion.

Defendants should have filed their reply to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on or before August 5, 2010. Prior to August 5, 2010, counsel for defendants did not move for an extension of time to file the reply after the fourteen day deadline, did not seek leave to file the motion out of time, did not contact counsel for Plaintiff and offers no explanation for the filing out of time. Defendants waived their ability to file a reply. Defendants' reply filed August 12, 2010 should be stricken and the Court should not consider the reply in ruling on Defendants' Motion for Summary Judgment.

## CONCLUSION

For the reasons set forth above, Plaintiff prays that her Motion to Strike Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment be granted and for other and such relief as the Court deems necessary and proper.

Dated this 13th day of August, 2010.

        Respectfully submitted,

        */s/Anne Linton Pond*
        Anne Linton Pond, #21096
        Michael P. Joyce, #13901
        VAN OSDOL & MAGRUDER, P.C.

 911 Main Street, Suite 2400
 Kansas City, MO 64105
 (816) 421-0644
 (816) 421-0758 FAX
 ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a copy of the foregoing was served, via electronic notification by the Court, to:

Mark V. Bodine
1125 Johnson Drive, Ste. A
Shawnee, KS 66203
913-631-2727; 913-631-2726
mbodine@bbw-law.com
Attorney for Defendants

                                                 s/ Anne Linton Pond