IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KARA RATZLAFF
    Plaintiff,

v.

                            Case No.:   09CV2133-JWL-DJW

MIRACORP, INC. D/B/A NATIONAL
TRUCK AND TRAILER SERVICES,
and
LANE GOEBEL, Individually,

    Defendants.

## DEFENDANTS' MOTION TO FILE REPLY OUT OF TIME

COME NOW the Defendants, by and through their attorney, and for hereby move the Court for leave to file Defendants' Reply to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment (Doc. No. 62).

In support of their motion, Defendants submit their Memorandum in Opposition to Plaintiff's Motion to Strike.

Respectfully submitted,

BENNETT, BODINE & WATERS, P.A.

/s/ Mark V. Bodine
Mark V. Bodine    KS # 13216
11125 Johnson Drive, Ste A
Shawnee, KS  66203
913-631-2727; 913-631-2726 (Fax)
ATTORNEY FOR DEFENDANTS

1

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on August 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Anne L. Pond:      alpond@vomer.com

    Michael P. Joyce:   mpjoyce@vomer.com

    /s/ Mark V. Bodine
    Mark V. Bodine